**Eugene THOMAS, Movant/Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 101031**

Missouri Court of Appeals,
Eastern District,
DIVISION TWO.

FILED: February 3, 2015

Jessica Hathaway, St. Louis, MO, for Appellant.

Chris Koster, Attorney General, Shaun J. Mackelprant, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before Sherri B. Sullivan, P.J., Mary K. Hoff, J., and Philip M. Hess, J.

#### ORDER

PER CURIAM

Eugene Thomas appeals from the motion court's Conclusions of Law and Order on his Amended Motion to Vacate, Set Aside, or Correct Judgment and Sentence and Request for Evidentiary Hearing denying his Rule 29.15 claims for post-conviction relief. We affirm.

We have reviewed the briefs of the parties, the legal file, and the record on appeal and find the claims of error to be without merit. No error of law appears. An extended opinion reciting the detailed facts and restating the principles of law applicable to this case would serve no jurisprudential or precedential purpose. We have, however, provided a memorandum opinion for the use of the parties setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).